# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 27, 2013

### NO. 03-11-00887-CV

**William Alexander Roper, Jr., Appellant**

**v.**

**CitiMortgage, Inc., Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the order signed by the trial court on December 1, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's order. Therefore, the Court affirms the trial court's order.

The appellant shall pay all costs relating to this appeal, both in this Court and the court below.